I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11·1·12

DEPUTY CLERK

JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHSAAN HANIF GREENE,<br><br>Petitioner,<br><br>vs.<br><br>ANTHONY HEDGPETH, Warden,<br><br>Respondent. | Case No. EDCV 12-0149-JFW (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 31, 2012

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE