JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHSAAN HANIF GREENE,<br><br>Petitioner,<br><br>vs.<br><br>ANTHONY HEDGPETH, Warden,<br><br>Respondent. | Case No. EDCV 12-0149-JFW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/20/13

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE